# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of June, two thousand twenty-five.

Before:     William J. Nardini,
              *Circuit Judge.*

---

| | |
|---|---|
| United States of America, | **ORDER** |
|     Appellee-Cross-Appellant, | Docket Nos. 23-7904(L), 23-6915(Con), 23-6917(Con), 24-46(XAP), 24-209(Con), 24-388(XAP), 24-1978(Con), 24-2203(XAP) |
|   v. | |
| Daniel Small, David Levy, Mark Nordlicht, | |
|     Defendants-Appellants-Cross-Appellees. | |

---

      The Government moves for leave to file an oversized reply brief of no more than 11,000 words.

      IT IS HEREBY ORDERED that the motion is GRANTED.

                                   For the Court:
                                   Catherine O'Hagan Wolfe,
                                   Clerk of Court

